I want to start by saying that what we do here at CBC would not be mapping out the differences between the facts here and in this case, in this case, I don't think it would be mapping out the
judges: Kleinfeld, M. Smith, Korman